| | |
|---|---|
| Your Name: | Eugene Hart Jr. |
| Your Address: | #166 Turk St. Apt. #24 S.F. CA. 94102 |
| Phone Number: | (510) 418-5267 |
| Email Address: | brussardlarry003@gmail.com |

Pro Se Plaintiff

FILED
JAN 20 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Eugene Hart

Plaintiff,

v.

Equifax info. Services LLC.

Defendant.

Case Number  CV26 0587 PHK  [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☒    No ☐   (if I can't get money Requested)

## I. PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

   Name: Eugene Hart Jr.
   Address: #166 Turk St. Apt #24. S.F., Ca. 94102
   Telephone: (510) 418-5267

2. Defendants. [Write each defendant's full name, address, and phone number.]

   Defendant 1:
   Name: Equifax information Services llc.
   Address: P.O. Box 105252; Atlanta, GA. 30348-5379
   Telephone: 1-800-685-1111.

   Defendant 2:

1  Name: Robert L. Hart
2  Address: 2000 Mt. Wilson ct.
3  Telephone: (925) 777-0332
4  Defendant 3:
5  Name: Chaz Long & Vernon Gaines
6  Address: —
7  Telephone: —

## II. JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3. My case belongs in federal court

☒ under federal question jurisdiction because it involves a federal law or right.

Which federal law or right is involved?

Financial, Trust & Securities Law: "Private Right" is involved

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## III. VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.

4. Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

### IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in "Any County" County, it should be assigned to the San Francisco/Oakland Division of this Court.

### V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

"This is a case of stolen or identity theft & impersonation schemes using my "personal information" without permission or consent. Accounts opened up in different ways, which has accumulated

debts, & owed amounts depending on whom claimed the owed debt amount. Since if I was unaware, or have not personally "charged off" on any account, Why is someone

Else assumed responsibility of the debtor. So I suspect Fraud and Bad or negative Intent in which they have Behaved. Every thing that's Been done I disagree or indifferent to them. Never Assume or expect it's As if you Believe. I'm seeking Records in which the

COMPLAINT        PAGE ___ OF ___        JDC TEMPLATE, UPDATED 11/2024

- The Credit Accounts was opened. It's been an ongoing situation & claims that was received going to the wrong person. So it's that form of abuse that can take advantage of ordinary people. It's family members or some one that "claims" they know your's has a pending court date. Once I

Determined that im being used to open up accounts, I called and Reported to "Equifax" That I wasn't the one who opened up the accounts, & I was told to "freeze" & Fraud Alerts on the accounts.
  - It's a bigger problem in which I can't explain, due to the witholding of information I was givin. So it a issue with the other Two Major credit Agencies, in Transunion and "Experian" I didn't know how to deal with the situation properly due to the Lack of education and understanding

Of what I seem not to care or Just completely unaware of I made a police Report & gave a "F.T.C." report about it. So it's "Discovery phase" everyday about what I

didn't know. Whom Assume my Responsibility? or who gave the O.K. To duplicate or make copies of myself That has given others a Assumed Right To be me

or Experence my life with a policy or opinion to believe that im domicile. I'm still learning about all I wasn't Aware of with 50 plus people using my "Id" and the violation is it done with out consent or permission. Its cause finencial hardship.

## VI. CLAIMS

### First Claim

Name the law or right violated:
"Identity Theft" & "Self impersonation" scheme, bad faith & intentions

Name the defendants who violated it: By people I know or knew. No permission or consent. It should be on file, or records, I can't assume who but I think I know but can't give a defenant Answer

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

The law would be Financial, credit law involving Trust & Securities. What the defendant did to violate it was use my "personal info" without my permission or consent. It cause significant and substantual amount of Harm. Financial by, can't imagine to try to calculate the amount of money lost or swindled out of by Trickery & Manipulation. Credit Report & Score hit in a negative way. Found out I was a Victim of identity Theft & Impersonation, that seemed to go on for longer than any one's identity being used any way good or bad, when it's without your awareness unaware of the financial hardships it's caused. Loss opportunities that may never come Around again. Caused me great embarrassment and done damage to my reputation due to all the disclosure &

exposure unwanted & or stuff I wouldn't of ever wanted to be known or also having it be made public, which has in many ways put my safety and life @ risk due to the

different Types of exposusure & comments made by the perpetrator which is never a good thing.

## "Impersonation" Claim

Name the law or right violated:

It seems As The "Rule of law" & My "Private & Personal Rights" are violated

Name the defendants who violated it:

Whom Claims Ownership of "Equifax" Accounts. impossible for me to Know exactly

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

"Who's name are everyone in? Who's ever the person-Name were in should Know or i believe To be "the LAW." Were the law goes to Jail & loses it. How? By not Knowing who you are? Why Family or Friends never Tell you the Truth of what is actually going on around you.?

² So By Assuming My Responsibility over accounts opened up using My information In all formes. In which was never consented. It caused Massive harm by Me not Being given the opportunity the person that Assumed Responsibility had. It's a Breach of Trust and Security. There's no legal Argument To claim and Assume any legal Authority over me. No "Charge off Debts" or to Assume to have any such position that give another such Authority. So since my name & Account was used im filing a

Debt Collection Lawsuits dating back as far as the law can help be Allowed. Picking up my mother's older accounts. In which Statute of limitations don't help but causes more of an

Problem. Due to the abuse of a family member Being mistreated by family not allowing you to know what there doing around - you.

## VII. DEMAND FOR RELIEF

State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

I'm asking for at least $500,000 dollars 1/2 of the million I wanted for the case. No Relief needed but To correct the entire credit issues,

Which would be a $3 mil. Award if granted. There's much more which is owed in which I'm trying To give the family members a deal or chance, unless I'll Just demand going To Trial.

This Account been opened up since 2004 That way To long to Allow some one To Make decisions or Treated in this way.

## VIII. DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 01/12/26    Sign Name: Eugene Hart Jr.
                  Print Name: Eugene Hart Jr.

Copy this page and insert it where you need additional space.

(cont.) - What this case seemed as if the person knew what there intentions was going to be = that was to take my position in being the debt collector. If any of my family members didn't tell me anything about what it was that I was losing if I didn't pay the money or even was it not even knew I got credit accounts open that I did not have clue about, I sound planned. I don't know why any one close to you, that would allow that type of exposure that would put you @ risk in a way that causes more Negative out comes, due to the Unawareness of what it was going on around you. I still have the accounts open in my Name. But is Frozen with a Fraud Alert. I've never used any of the credit agencies even though I need credit from time to time. I want to go back to litigate any cases that has my mother's old records, to ensure not to allow that case get "charged off" on without checking all the activities done if any. The "Abuse" is based around not allowing the other family member to be aware of what the other members are doing = then leave you with the negative account. Fraudulantly filing for Bankruptcy, without the person even knowing there being affected financially in that way. So it becomes "Bankruptcy fraud". So im seeking for damages and pain and suffering.