United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EUGENE HART,

Plaintiff,

v.

EQUIFAX INFORMATION SYSTEMS INC., et al.,

Defendants.

Case No. 26-cv-00587-PHK

**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS**

Re: Dkt. 6

On January 20, 2026, Plaintiff Eugene Hart, Jr. ("Hart"), who is representing himself, filed the Complaint in this action against Defendant Equifax Information Services, LLC and three individuals ("Defendants") along with an application to proceed *in forma pauperis* ("IFP"). [Dkt. Nos. 1, 2]. Plaintiff's Complaint alleges that Defendants committed identity theft and fraud by opening financial accounts in Plaintiff's name and without Plaintiff's consent. [Dkt. 1].

On July 16, 2026, the Court issued an Order denying without prejudice Plaintiff's application to proceed *in forma pauperis* because his financial affidavit was incomplete. [Dkt. 6]. Plaintiff was granted leave to file an amended *in forma pauperis* application by August 17, 2026. *Id.* The Court warned Plaintiff that failure to file an amended IFP application or pay the filing fee by the August 17, 2026 deadline may result in the Court issuing an order directing the Clerk to reassign this case to a District Judge along with a recommendation that this case be dismissed for failure to prosecute and/or comply with Court orders. *Id.* Since the issuance of that July 16 Order, Plaintiff has filed nothing on the docket at all.

Over six weeks have passed since the August 17, 2026 deadline for Plaintiff to file an

amended IFP application or pay the filing fee. Plaintiff has not filed an amended IFP application, nor requested an extension of time to do so, nor otherwise indicated his intent to continue prosecuting this action.

Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and/or for failure to comply with the Court Orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). If Plaintiff files, by **October 30, 2026**, an amended IFP application curing the deficiencies noted in the July 16, 2026 Order, such a filing will be deemed a response to this Order to Show Cause, and no other written response would be necessary.

If Plaintiff needs additional time to prepare and file an amended IFP application, Plaintiff shall explain and show sufficient grounds in good faith why and how much additional time is needed in any written response filed by the **October 30, 2026** deadline.

If Plaintiff fails to respond to this Order to Show Cause by the **October 30, 2026** deadline set herein, the Court will issue a Report and Recommendation that this action be dismissed without prejudice for failure to prosecute and failure to comply with Court Orders, and the Court will issue an Order directing the Clerk of Court to reassign this action to a District Judge for consideration of, and to take action on, that Report and Recommendation.

The Court previously advised Plaintiff of the various resources made available for *pro se* litigants. [Dkt. 6 at 4-5]. Plaintiff must comply with all of this Court's Orders (including this Order to Show Cause and all Standing Orders available on the Court's website) and all deadlines required by the Federal Rules of Civil Procedure, the Local Rules of this Court, the General Orders of this Court, and any other statutory requirements in a timely fashion.

The Court notes this is one of more than 50 cases Plaintiff has filed in this District in the last six months many of which have been dismissed for failure to prosecute. *See, e.g., Hart v. Lewis*, No. 26-4731-RFL, Dkt. No. 9 (N.D. Cal. July 9, 2026 Order). In the *Lewis* case, Plaintiff has been ordered to show cause why he should not be declared a vexatious litigant. *Id*.

United States District Court
Northern District of California

Accordingly, **IT IS HEREBY ORDERED THAT:**

1. By no later than **October 30, 2026**, Plaintiff is **ORDERED** to file a written response to this Order in which he shall Show Cause and explain why the Court should not dismiss this case for failure to prosecute this action and/or failure to comply with Court Orders.
2. Plaintiff is admonished and warned that failure to timely respond to this Order to Show Cause will result in negative consequences for Plaintiff's case as discussed herein.
3. The Clerk is **DIRECTED** to mail this Order to Show Cause to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated: October 7, 2026

PETER H. KANG
United States Magistrate Judge